Official Form 5 (10/06)

| United States Bankruptcy Court<br>_____Northern_____ District of _____Illinois_____ | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>Precise Castings, Inc. | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|

Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (If more than one, state all.):

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>3575 STERN AVE<br>ST CHARLES IL 60174<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>DuPage                                     ZIP CODE | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br><br>ZIP CODE |
|---|---|

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7   ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

Official Form 5 (10/06) – Cont.

Name of Debtor: Precise Castings, Inc.
Case No. _____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Petitioner | Attorney |
|---|---|
| x _[signature]_<br>Signature of Petitioner or Representative (State title)<br>Met-Al, Inc.            March 26, 2007<br>Name of Petitioner      Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>Robert E. Lee, Jr. President<br>Met-Al, Inc. - 1349 23rd St<br>Racine, WI 53403 | x _[signature]_            March 26, 2007<br>Signature of Attorney            Date<br>David P. Leibowitz ---------- Leibowitz Law Center<br>Name of Attorney Firm (If any)<br>420 W. Clayton Street    Waukegan, IL 60085<br>Address<br>847.249.9100 -------- dpl@lakelaw.com<br>Telephone No. |
| x _____<br>Signature of Petitioner or Representative (State title)<br>Staffing Network Holdings, LLC       March 26, 2007<br>Name of Petitioner      Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>Tim Ward - Credit/Collections Mgr<br>450 Devon Avenue<br>Itasca, IL 60143 | x _[signature]_            March 26, 2007<br>Signature of Attorney            Date<br>David P. Leibowitz ---------- Leibowitz Law Center<br>Name of Attorney Firm (If any)<br>420 W. Clayton Street    Waukegan, IL 60085<br>Address<br>847.249.9100 -------- dpl@lakelaw.com<br>Telephone No. |
| x _____<br>Signature of Petitioner or Representative (State title)<br>United Express           March 26, 2007<br>Name of Petitioner      Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>Timothy McLean, Attorney<br>2100 Manchester Road # 1750<br>Wheaton, IL 60187 | x _[signature]_            March 26, 2007<br>Signature of Attorney            Date<br>David P. Leibowitz ---------- Leibowitz Law Center<br>Name of Attorney Firm (If any)<br>420 W. Clayton Street    Waukegan, IL 60085<br>Address<br>847.249.9100 -------- dpl@lakelaw.com<br>Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Met-Al, Inc.<br>1349 23rd St<br>Racine, WI 53403 | Open Account | $782,649.64 |
| Staffing Network Holdings, LLC<br>450 Devon Avenue<br>Itasca, IL 60143 | Open Account | $31,280.55 |
| United Express<br>P.O. Box 1628<br>Aurora, IL 60507 | Open Account | $14,090.90 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims $828,021.00 |

continuation sheets attached

Official Form 5 (10/06) – Cont.

Name of Debtor: Precise Castings, Inc.
Case No._____

### TRANSFER OF CLAIM
☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x_____
Signature of Petitioner or Representative (State title)
Met-Al, Inc.                    March 26, 2007
Name of Petitioner              Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Robert E. Lee, Jr. President
Met-Al, Inc. - 1349 23rd St
Racine, WI 53403

x_____   March 26, 2007
Signature of Attorney          Date
David P. Leibowitz --------Leibowitz Law Center
Name of Attorney Firm (If any)
420 W. Clayton Street   Waukegan, IL 60085
Address
847.249.9100 --------dpl@lakelaw.com
Telephone No.

x_____
Signature of Petitioner or Representative (State title) PRESIDENT
Staffing Network Holdings, LLC   March 26, 2007
Name of Petitioner               Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Robert Loughman, President
450 Devon Avenue
Itasca, IL 60143

x_____   March 26, 2007
Signature of Attorney          Date
David P. Leibowitz --------Leibowitz Law Center
Name of Attorney Firm (If any)
420 W. Clayton Street   Waukegan, IL 60085
Address
847.249.9100 --------dpl@lakelaw.com
Telephone No.

x_____
Signature of Petitioner or Representative (State title)
United Express                  March 26, 2007
Name of Petitioner              Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Timothy McLean, Attorney
2100 Manchester Road # 1750
Wheaton, IL 60187

x_____   March 26, 2007
Signature of Attorney          Date
David P. Leibowitz --------Leibowitz Law Center
Name of Attorney Firm (If any)
Address
Telephone No.

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Met-Al, Inc. 1349 23rd St Racine, WI 53403 | Open Account | $574,275.86 |
| Staffing Network Holdings, LLC 450 Devon Avenue Itasca, IL 60143 | Open Account | $31,280.55 |
| United Express P.O. Box 1628 Aurora, IL 60507 | Open Account | $14,090.90 |
| | Total Amount of Petitioners' Claims | $619,647.31 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

continuation sheets attached

Official Form 5 (10/06) – Cont.

Name of Debtor: Precise Castings, Inc.
Case No. _____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Signature of Petitioner or Representative (State title) | Signature of Attorney | Date |
|---|---|---|
| Met-Al, Inc.   March 26, 2007 | David P. Leibowitz --------- Leibowitz Law Center | March 26, 2007 |
| Name of Petitioner / Date Signed | Name of Attorney Firm (If any): 420 W. Clayton Street   Waukegan, IL 60085 | |
| Name & Mailing Address of Individual Signing in Representative Capacity: Robert E. Lee, Jr. President   Met-Al, Inc. - 1349 23rd St   Racine, WI 53403 | Address / Telephone No.: 847.249.9100 --------- dpl@lakelaw.com | |
| Signature of Petitioner or Representative (State title) | Signature of Attorney | Date |
| Staffing Network Holdings, LLC   March 26, 2007 | David P. Leibowitz --------- Leibowitz Law Center | March 26, 2007 |
| Name of Petitioner / Date Signed | Name of Attorney Firm (If any): 420 W. Clayton Street   Waukegan, IL 60085 | |
| Name & Mailing Address of Individual Signing in Representative Capacity: Tim Ward - Credit/Collections Mgr   450 Devon Avenue   Itasca, IL 60143 | Address / Telephone No.: 847.249.9100 --------- dpl@lakelaw.com | |
| Signature of Petitioner or Representative (State title) — Timothy M. McLean   United Express   March 26, 2007 | Signature of Attorney   David P. Leibowitz --------- Leibowitz Law Center | March 26, 2007 |
| Name of Petitioner / Date Signed | Name of Attorney Firm (If any) | |
| Name & Mailing Address of Individual Signing in Representative Capacity: Timothy McLean, Attorney   2100 Manchester Road # 1750   Wheaton, IL 60187 | Address / Telephone No. | |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Met-Al Inc.,   1349 23rd St.   Racine, WI 53403 | Open Account | $574,275.86 |
| Staffing Network Holdings, LLC   450 Devon Avenue   Itasca, IL 60143 | Open Account | $31,280.55 |
| United Express   P.O. Box 1028   Aurora, IL 60507 | Open Account | $14,090.90 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | $619,647.31 |

continuation sheets attached