**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **In Re:** | **Case No.  07-05364** |
| | **Chapter 7 Involuntary Bankruptcy** |
| **PRECISE CASTINGS, INC.** | **Judge John H. Squires (Wheaton)** |
| **Debtor.** | |

**Order Awarding Final Compensation**

On July 27, 2007, the Application for Final Compensation for services came on for hearing, and after due consideration, it is

ORDERED that Ritz & Laughlin, Ltd., P.C. is awarded $_____ for services rendered from May 17, 2007 through July 2, 2007, and $_____ for expenses.

ENTERED this _____ day of July, 2007.

_____
Judge John H. Squires

Ritz & Laughlin, Ltd., P.C.
Attorneys for the Debtor
728 North Court Street
Rockford, Illinois 61103
Phone: 815-968-1807
Fax:    815-961-1917