**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: PRECISE CASTINGS, INC. § | Case No. 07-05364-JS |
| § | |
| § | |
| Debtor(s) § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1.  The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on March 26, 2007.  The undersigned trustee was appointed on March 26, 2007.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of          $     672,989.99

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 307,364.54 |
   | Payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1] | $     365,625.45 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

6. The deadline for filing claims in this case was 09/25/2007. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $36,898.54. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $14,823.16 as interim compensation and now requests the sum of $22,114.33, for a total compensation of $36,898.54. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/29/2009         By:/s/DAVID GROCHOCINSKI, TRUSTEE
                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-05364-JS  **Trustee:** (520067) DAVID GROCHOCINSKI, TRUSTEE
**Case Name:** PRECISE CASTINGS, INC.  **Filed (f) or Converted (c):** 03/26/07 (f)
  **§341(a) Meeting Date:**
**Period Ending:** 10/29/09  **Claims Bar Date:** 09/25/07

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | STATE BANK OF COUNTRYSIDE | 50,549.01 | 50,549.01 | | 0.00 | FA |
| 2 | ACCOUNTS RECEIVABLE | 362,856.50 | 0.00 | | 0.00 | FA |
| 3 | OFFICE EQUIPMENT | Unknown | Unknown | | 0.00 | FA |
| 4 | MACHINERY, FIXTURES, EQUIPMENT | Unknown | Unknown | | 407,513.22 | FA |
| 5 | TAX REFUNDS (u) | 22,353.00 | 22,353.00 | | 22,353.00 | FA |
| 6 | REFUNDS (u) | Unknown | Unknown | | 660.66 | 0.00 |
| 7 | TURNOVER OF FUNDS (u) | 1,000.00 | 0.00 | | 1,000.00 | FA |
| 8 | INSURANCE PREMIUM REFUND (u) | 50,693.00 | 0.00 | | 50,693.00 | FA |
| 9 | REFERENCE VS. STATE BANK OF COUNTRYSIDE (u) | 185,000.00 | 185,000.00 | | 185,000.00 | FA |
| 10 | CAUSE OF ACTION VS. ZF LEMFORDER (u) | Unknown | Unknown | OA | 0.00 | Unknown |
| Int | INTEREST (u) | Unknown | N/A | | 5,770.11 | Unknown |
| 11 | Assets Totals (Excluding unknown values) | **$672,451.51** | **$257,902.01** | | **$672,989.99** | **$0.00** |

**Major Activities Affecting Case Closing:**

ADVERSARY PENDING VS. STATE BANK OF COUNTRYSIDE, 07A 01265 TO SET ASIDE PREFERENCE; OTHER PREFERENCE REVIEWS PENDING; MEETING WITH ACCOUNTANT REGARDING POSSIBLE TAX REFUNDS; SETTLEMENT REACHED IN STATE BANK ADVERSARY; FUNDS RECEIVED BY TRUSTEE IN MID JANUARY 2009 WAITING ON FINAL TAX RETURNS; REVIEWING CLAIMS; EXPECT CLAIM OBJECTIONS FILED BY MAY 2009

**Initial Projected Date Of Final Report (TFR):** April 30, 2009   **Current Projected Date Of Final Report (TFR):** October 30, 2009

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 07-05364-JS  
**Case Name:** PRECISE CASTINGS, INC.

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*09-19 - Time Deposit Account

**Taxpayer ID #:** 36-2587893  
**Period Ending:** 10/29/09

**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/21/08 | | FUNDING ACCOUNT: \*\*\*\*\*\*\*\*0965 | | 9999-000 | 200,000.00 | | 200,000.00 |
| 02/14/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 161.38 | | 200,161.38 |
| 02/14/08 | | CHASE BANK | TRANSFER FUNDS TO MMA | 9999-000 | | 200,161.38 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **200,161.38** | **200,161.38** | **$0.00** |
| | | | Less: Bank Transfers | | 200,000.00 | 200,161.38 | |
| | | | **Subtotal** | | **161.38** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$161.38** | **$0.00** | |

{} Asset reference(s)

Printed: 10/29/2009 09:28 AM   V.11.53

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 07-05364-JS  
**Case Name:** PRECISE CASTINGS, INC.

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****09-20 - Time Deposit Account

**Taxpayer ID #:** 36-2587893  
**Period Ending:** 10/29/09

**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Time Deposit Account Balance |
|---|---|---|---|---|---|---|---|
| 02/25/08 | | FUNDING ACCOUNT: ********0967 | | 9999-000 | 200,000.00 | | 200,000.00 |
| 08/25/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2800% | 1270-000 | 1,266.44 | | 201,266.44 |
| 08/26/08 | | To Account #********0967 | Adjust Principal via CD Rollover | 9999-000 | | 79,266.44 | 122,000.00 |
| 02/23/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6700% | 1270-000 | 428.86 | | 122,428.86 |
| 08/24/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 91.60 | | 122,520.46 |
| 09/23/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 15.11 | | 122,535.57 |
| 09/25/09 | | To Account #********0968 | Close CD via CD Rollover | 9999-000 | | 122,535.57 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 201,802.01 | 201,802.01 | $0.00 |
| | | | Less: Bank Transfers | | 200,000.00 | 201,802.01 | |
| | | | **Subtotal** | | 1,802.01 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,802.01** | **$0.00** | |

{} Asset reference(s)

Printed: 10/29/2009 09:28 AM   V.11.53

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 07-05364-JS  
**Case Name:** PRECISE CASTINGS, INC.

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****09-21 - Time Deposit Account

**Taxpayer ID #:** 36-2587893  
**Period Ending:** 10/29/09

**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Time Deposit Account Balance |
|---|---|---|---|---|---|---|---|
| 04/08/08 | | FUNDING ACCOUNT: ********0967 | | 9999-000 | 51,000.00 | | 51,000.00 |
| 10/06/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8500% | 1270-000 | 214.23 | | 51,214.23 |
| 04/06/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6700% | 1270-000 | 173.81 | | 51,388.04 |
| 07/06/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 19.23 | | 51,407.27 |
| 10/05/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 19.22 | | 51,426.49 |
| 10/06/09 | | To Account #********0968 | Close CD via CD Rollover | 9999-000 | | 51,426.49 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 51,426.49 | 51,426.49 | $0.00 |
| | | | Less: Bank Transfers | | 51,000.00 | 51,426.49 | |
| | | | **Subtotal** | | 426.49 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$426.49** | **$0.00** | |

{} Asset reference(s)

Printed: 10/29/2009 09:28 AM   V.11.53

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 07-05364-JS  
**Case Name:** PRECISE CASTINGS, INC.

**Taxpayer ID #:** 36-2587893  
**Period Ending:** 10/29/09

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****09-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/08/07 | {4} | ADVANCED JONES MACHINERY | WIRE TRANSFER RE:  PADDLE #5019 | 1129-000 | 12,368.25 | | 12,368.25 |
| 06/08/07 | {4} | BEHR IRON & STEEL | WIRE TRANSFER RE:  PADDLE #5027 | 1129-000 | 4,807.62 | | 17,175.87 |
| 06/08/07 | {4} | VILLA TOOL COMPANY | WIRE TRANSFER RE:  PADDLE#5112 | 1129-000 | 1,386.54 | | 18,562.41 |
| 06/08/07 | {4} | INTELLECTUAL VENTURES | WIRE TRANSFER RE:  PADDLE #5120 | 1129-000 | 979.52 | | 19,541.93 |
| 06/08/07 | {4} | BETTA DIE CASTING EQUIPMENT INC | WIRE TRANSFER RE:  PADDLE #5126 | 1129-000 | 4,421.20 | | 23,963.13 |
| 06/08/07 | {4} | GRAY MACHINERY | WIRE TRANSFER RE:  PADDLE #5140 | 1129-000 | 14,375.00 | | 38,338.13 |
| 06/08/07 | {4} | DART CASTING, INC. | WIRE TRANSFER RE:  PADDLE# 5032 | 1129-000 | 16,549.08 | | 54,887.21 |
| 06/11/07 | {4} | JON WATTERS | PAYMENT RE: PADDLE #5123 | 1129-000 | 107.24 | | 54,994.45 |
| 06/11/07 | {4} | DONALD BATISKY | WIRE TRANSFER RE:  PADDLE #5115 | 1129-000 | 800.96 | | 55,795.41 |
| 06/11/07 | {4} | GOLF PRODUCTS | WIRE TRANSFER RE:  PADDLE #5102 | 1129-000 | 15,917.96 | | 71,713.37 |
| 06/11/07 | {4} | DERBY'S MACHINE SHOP INC. | WIRE TRANSFER RE: PADDLE 5040 | 1129-000 | 1,868.31 | | 73,581.68 |
| 06/11/07 | {4} | DERBY'S MACHINE SHOP INC. | WIRE TRANSFER RE:  PADDLE #5040 | 1129-000 | 140.12 | | 73,721.80 |
| 06/11/07 | {4} | FLOFAST, INC. | WIRE TRANSFER RE:  PADDLE #5101 | 1129-000 | 408.39 | | 74,130.19 |
| 06/11/07 | {4} | MULTIPLE MACHINING | WIRE TRANSFER RE:  PADDLE #5104 | 1129-000 | 4,178.70 | | 78,308.89 |
| 06/11/07 | {4} | CFC MANUFACTURING INC. | WIRE TRANSFER REGARDING PADDLE #5134 | 1129-000 | 1,369.96 | | 79,678.85 |
| 06/11/07 | {4} | THE SURPLUS CENTER | WIRE TRANSFER RE: PADDLE #5142 | 1129-000 | 4,322.59 | | 84,001.44 |
| 06/11/07 | {4} | FABMASTER MACHINERY LLC | WIRE TRANSFER RE:  PADDLE #5009 | 1129-000 | 11,706.26 | | 95,707.70 |
| 06/11/07 | {4} | NU TEK SALES | WIRE TRANSFER RE:  PADDLE #5135 | 1129-000 | 640.03 | | 96,347.73 |
| 06/11/07 | {4} | ABLE DIE CASTING CORP | WIRE TRANSFER RE:  PADDLE #5073 | 1129-000 | 574.78 | | 96,922.51 |
| 06/12/07 | {4} | DAVID SWANSON | PAYMENT RE:  PADDLE #5045 | 1129-000 | 76.08 | | 96,998.59 |
| 06/12/07 | {4} | ZDM TECHNOLOGIES | PAYMENT RE:  PADDLE #5146 | 1129-000 | 190.86 | | 97,189.45 |
| 06/12/07 | {4} | LAWRENCE LAPOINTE | PAYMENT REGARDING PADDLE #5087 | 1129-000 | 46.14 | | 97,235.59 |
| 06/12/07 | {4} | VEGA WAVE SYSTEMS, INC. | WIRE TRANSFER RE:  PADDLE #5154 | 1129-000 | 129.06 | | 97,364.65 |
| 06/12/07 | {4} | CHICAGO INDUSTRIAL SERVICES, INC. | WIRE TRANSFER RE:  PADDLE #5088 | 1129-000 | 742.40 | | 98,107.05 |
| 06/12/07 | {4} | ALSTER MACHINING CORP | WIRE TRANSFER RE:  PADDLE #5074 | 1129-000 | 454.72 | | 98,561.77 |
| 06/12/07 | {4} | MIGUEL A DELGADO | PAYMENT RE:  PADDLE #5050 | 1129-000 | 1,171.56 | | 99,733.33 |
| 06/12/07 | {4} | CYCLE EXPORT, INC. | WIRE TRANSFER REGARDING PADDLE #5020 | 1129-000 | 61,298.45 | | 161,031.78 |
| 06/13/07 | {4} | JOHN HEM | PAYMENT RE:  PADDLE #5025 | 1129-000 | 49.88 | | 161,081.66 |
| 06/13/07 | {4} | AMERICAN ALUMINUM EXTRUSION CO., LLC | PAYMENT RE:  PADDLE #5063 | 1129-000 | 158.99 | | 161,240.65 |
| 06/13/07 | {4} | JACQUELINE SHERMAN/ SECOND SHIFT | PAYMENT RE:  PADDLE #5067 | 1129-000 | 69.83 | | 161,310.48 |
| 06/13/07 | {4} | SNS SHOOTING SUPPLIES | PAYMENT RE:  PADDLE #5076 | 1129-000 | 5,673.85 | | 166,984.33 |

Subtotals :       $166,984.33         $0.00

{} Asset reference(s)

Exhibit B

# FORM 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 07-05364-JS | | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| --- | --- | --- | --- | --- |
| Case Name: | PRECISE CASTINGS, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****09-65 - Money Market Account |
| Taxpayer ID #: | 36-2587893 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/29/09 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 06/13/07 | {4} | GEIGER TRUCK PARTS | PAYMENT RE: PADDLE #5083 | 1129-000 | 276.96 | | 167,261.29 |
| 06/13/07 | {4} | USALBORZ TRADING LTD | WIRE TRANSFER RE: PADDLE #5114 | 1129-000 | 623.50 | | 167,884.79 |
| 06/13/07 | {4} | CARL BOONE | WIRE TRANSFER RE: PADDLE #5143 | 1129-000 | 1,320.15 | | 169,204.94 |
| 06/13/07 | {4} | MATTHEW BEITLICH | WIRE TRANSFER RE: PADDLE #5116 | 1129-000 | 325.50 | | 169,530.44 |
| 06/13/07 | {4} | ICM CORPORATION | WIRE TRANSFER RE: PADDLE #5033 | 1129-000 | 1,822.62 | | 171,353.06 |
| 06/13/07 | {4} | LAUREL MFG. LLC | WIRE TRANSFER RE: PADDLE #5034 | 1129-000 | 436.45 | | 171,789.51 |
| 06/14/07 | {4} | BARBARA GREGORY | PAYMENT RE: PADDLE #5147 | 1129-000 | 881.60 | | 172,671.11 |
| 06/14/07 | {4} | DURR-ALL INC. | PAYMENT RE: PADDLE #5047 | 1129-000 | 127.82 | | 172,798.93 |
| 06/14/07 | {4} | API | WIRE TRANSFER RE: PADDLE #5109 | 1129-000 | 361.63 | | 173,160.56 |
| 06/14/07 | {4} | INDUSTRIAL ASSOCIATES | WIRE TRANSFER RE: PADDLE #5035 | 1129-000 | 3,828.00 | | 176,988.56 |
| 06/14/07 | {4} | DIE TEMP ENGINEERING SERVICES | WIRE TRANSFER RE: PADLE #5044 | 1129-000 | 2,614.06 | | 179,602.62 |
| 06/14/07 | {4} | RIMROCK CORPORATION | WIRE TRANSFER RE: PADDLE #5039 | 1129-000 | 10,992.31 | | 190,594.93 |
| 06/15/07 | {4} | ERNESTO JURADO | PAYMENT RE: PADDLE #5082 | 1129-000 | 317.99 | | 190,912.92 |
| 06/15/07 | {4} | GEORGE DEVENNEY | PAYMENT RE: PADDLE #5113 | 1129-000 | 292.42 | | 191,205.34 |
| 06/15/07 | {4} | PIONEER BROACH CO. | WIRE TRANSFER RE: PADDLE #5106 | 1129-000 | 532.44 | | 191,737.78 |
| 06/15/07 | {4} | MODERN MACHINERY CO INC. | WIRE TRANSFER RE: PADDLE #5149 | 1129-000 | 36.67 | | 191,774.45 |
| 06/18/07 | {4} | HEATTRANS EQUIPMENT PVT. LTD | PAYMENT REGARDING PADDLE #5060 | 1129-000 | 1,817.91 | | 193,592.36 |
| 06/19/07 | {4} | ARRAY AEROSPACE, INC. | PAYMENT RE: PADDLE #5095 | 1129-000 | 1,217.07 | | 194,809.43 |
| 06/19/07 | {4} | KIEH CO | PAYMENT RE: PADDLE #5091 | 1129-000 | 367.87 | | 195,177.30 |
| 06/20/07 | {5} | DANIEL W. HYNES, TREASURER OF STATE OF IL | TAX REFUND PERIOD ENDING 12/06 | 1224-000 | 2,353.00 | | 197,530.30 |
| 06/20/07 | {5} | UNITED STATES TREASURY | REFUND PERIOD ENDING 12/06 | 1224-000 | 20,000.00 | | 217,530.30 |
| 06/20/07 | {6} | ASSURANT UNION SECURITY INS. CO. | REFUND | 1290-000 | 60.66 | | 217,590.96 |
| 06/20/07 | {6} | LINCOLN FINANCIAL GROUP | REFUND | 1290-000 | 600.00 | | 218,190.96 |
| 06/20/07 | {4} | HEATRANS EQUIPMENT PVT. LTD | WIRE TRANSFER RE: PADDLE #5060 | 1129-000 | 29,220.66 | | 247,411.62 |
| 06/20/07 | {4} | DOUG LINGLE | WIRE TRANSFER RE: PADDLE # 5119 | 1129-000 | 9,534.22 | | 256,945.84 |
| 06/21/07 | {4} | TOD BUCKHALTER | WIRE TRANSFER RE: PADDLE #5136 | 1129-000 | 56.74 | | 257,002.58 |
| 06/22/07 | {4} | LARRY BARNETT | PAYMENT RE: PADDLE #5144 | 1129-000 | 2,244.70 | | 259,247.28 |
| 06/27/07 | {4} | KEVIN WYATT | WIRE RE: PADDLE # 5086 | 1129-000 | 436.45 | | 259,683.73 |
| 06/28/07 | {4} | FRONT RANGE | WIRE RE: PADDLE #5056 | 1129-000 | 347.42 | | 260,031.15 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.6500% | 1270-000 | 125.32 | | 260,156.47 |
| 07/03/07 | {4} | BEHR IRON & STEEL | WIRE RE: PADDLE #5027 | 1129-000 | 17,980.00 | | 278,136.47 |
| 07/09/07 | {4} | GARY FLOWERS | PAYMENT RE: PADDLE #4001 | 1129-000 | 24.73 | | 278,161.20 |
| 07/11/07 | {4} | CARL E. BOONE | PAYMENT RE: PADDLE #5143 | 1129-000 | 928.00 | | 279,089.20 |

Subtotals :   $112,104.87   $0.00

{} Asset reference(s)   Printed: 10/29/2009 09:28 AM   V.11.53

Exhibit B

# FORM 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 07-05364-JS | | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|---|
| Case Name: | PRECISE CASTINGS, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****09-65 - Money Market Account |
| Taxpayer ID #: | 36-2587893 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 10/29/09 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 07/12/07 | {4} | ABLE DIE CASTING CORP | WIRE TRANSFER REGARDING PADDLE #5073 | 1129-000 | 1,276.00 | | 280,365.20 |
| 07/18/07 | {4} | ABLE DIE CASTING CORP | WIRE TRANSFER REGARDING OIL PURCHASE | 1129-000 | 150.00 | | 280,515.20 |
| 07/20/07 | {4} | PVM MASCHINENHANDEL | WIRE RE: PADDLE 5006 | 1129-000 | 150,137.00 | | 430,652.20 |
| 07/23/07 | 1001 | HAZ-CHEM ENVIRONMENTAL CORP. | PER ORDER OF 7/20/07 | 3991-000 | | 15,200.00 | 415,452.20 |
| 07/23/07 | 1002 | EXPRESS ONE - CHICAGO | OVERNIGHT DELIVERY CHARGE | 2990-000 | | 19.51 | 415,432.69 |
| 07/30/07 | 1003 | CITY OF ST. CHARLES | PER ORDER OF 7/27/07/UTILITIES | 2990-000 | | 4,041.19 | 411,391.50 |
| 07/31/07 | {7} | RITZ & LAUGHLIN, LTD. | FUND TURNOVER PER ORDER OF 7/27/07 | 1290-000 | 1,000.00 | | 412,391.50 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.6500% | 1270-000 | 483.35 | | 412,874.85 |
| 08/13/07 | 1004 | EXPRESS ONE - CHICAGO | OVERNIGHT DELIVERY FEES/CUST #317,008 | 2990-000 | | 19.51 | 412,855.34 |
| 08/14/07 | | To Account #********0966 | TRANSFER FUNDS TO PAY CITY OF ST. CHARLES | 9999-000 | | 1,473.18 | 411,382.16 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.6500% | 1270-000 | 586.01 | | 411,968.17 |
| 08/31/07 | 1005 | CIVF I - IL1W02, LLC | priority administrative expense | 2410-000 | | 135,000.00 | 276,968.17 |
| 09/18/07 | | To Account #********0966 | TRANSFER FUNDS TO PAY OVERNIGHT DELIVERY FEES AND MISC. EXPENSES | 9999-000 | | 1,000.00 | 275,968.17 |
| 09/24/07 | 1006 | CITY OF ST. CHARLES | FINAL UTILITY BILL/AUGUST 1ST - SEPTEMBER 7TH/ACCT NO. 3-3443008-92 | 2990-000 | | 1,073.79 | 274,894.38 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.6500% | 1270-000 | 410.85 | | 275,305.23 |
| 10/03/07 | {8} | AMERICAN INT'L COMPANIES | RETURN OF PREMIUM | 1290-000 | 50,693.00 | | 325,998.23 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.6500% | 1270-000 | 472.51 | | 326,470.74 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4200% | 1270-000 | 413.89 | | 326,884.63 |
| 12/27/07 | 1007 | DOVEBID, INC. | FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES | | | 72,933.63 | 253,951.00 |
| | | | FEES  46,779.46 | 3610-000 | | | 253,951.00 |
| | | | EXPENSES  26,154.17 | 3620-000 | | | 253,951.00 |
| 12/27/07 | 1008 | PAYLOCITY PAYROLL | W2 PROCESSING FEE | 2990-000 | | 412.00 | 253,539.00 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4200% | 1270-000 | 391.34 | | 253,930.34 |
| 01/21/08 | | ACCOUNT FUNDED: ********0919 | | 9999-000 | | 200,000.00 | 53,930.34 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 216.20 | | 54,146.54 |
| 02/13/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.3000% | 1270-000 | 11.39 | | 54,157.93 |
| 02/13/08 | | To Account #********0967 | TRANSFER FUNDS TO CLOSE MMA | 9999-000 | | 54,157.93 | 0.00 |

Subtotals :    $206,241.54    $485,330.74

{} Asset reference(s)                                                                                         Printed: 10/29/2009 09:28 AM    V.11.53

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

| **Case Number:** | 07-05364-JS | | **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|---|
| **Case Name:** | PRECISE CASTINGS, INC. | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****09-65 - Money Market Account |
| **Taxpayer ID #:** | 36-2587893 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 10/29/09 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 485,330.74 | 485,330.74 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 256,631.11 | |
| | | | **Subtotal** | | 485,330.74 | 228,699.63 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$485,330.74** | **$228,699.63** | |

{} Asset reference(s)

Printed: 10/29/2009 09:28 AM  V.11.53

Exhibit B

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

**Case Number:** 07-05364-JS  
**Case Name:** PRECISE CASTINGS, INC.

**Taxpayer ID #:** 36-2587893  
**Period Ending:** 10/29/09

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****09-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/14/07 | | From Account #********0965 | TRANSFER FUNDS TO PAY CITY OF ST. CHARLES | 9999-000 | 1,473.18 | | 1,473.18 |
| 08/14/07 | 101 | CITY OF ST. CHARLES | PAYMENT OF UTILITY BILL 7/02/07-8/1/07: ACCOUNT NO 3-344300892 | 2990-000 | | 1,473.18 | 0.00 |
| 09/18/07 | | From Account #********0965 | TRANSFER FUNDS TO PAY OVERNIGHT DELIVERY FEES AND MISC. EXPENSES | 9999-000 | 1,000.00 | | 1,000.00 |
| 09/24/07 | 102 | EXPRESS ONE - CHICAGO | OVERNIGHT DELIVERY CHARGE | 2990-000 | | 4.69 | 995.31 |
| 01/07/08 | 103 | CLERK, U.S. BANKRUPTCY COURT | ADVERSARY FILING FEE 07A 1265 | 2700-000 | | 250.00 | 745.31 |
| 01/09/08 | 104 | EXPRESS ONE - CHICAGO | OVERNIGHT DELIVERY CHARGES | 2990-000 | | 34.25 | 711.06 |
| 02/11/08 | 105 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2007 FOR CASE #07B-05364, BOND #016026455 - TERM 2/1/08-2/1/09 | 2300-000 | | 222.43 | 488.63 |
| 02/13/08 | | To Account #********0968 | TRANSFER FUNDS TO CLOSE ACCOUNT | 9999-000 | | 488.63 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 2,473.18 | 2,473.18 | $0.00 |
| | | | Less: Bank Transfers | | 2,473.18 | 488.63 | |
| | | | **Subtotal** | | 0.00 | 1,984.55 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$1,984.55** | |

{} Asset reference(s)

Printed: 10/29/2009 09:28 AM  V.11.53

Exhibit B

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

**Case Number:** 07-05364-JS  
**Case Name:** PRECISE CASTINGS, INC.  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****09-67 - Money Market Account  

**Taxpayer ID #:** 36-2587893  
**Period Ending:** 10/29/09  

**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/13/08 | | From Account #********0965 | TRANSFER FUNDS TO CLOSE MMA | 9999-000 | 54,157.93 | | 54,157.93 |
| 02/14/08 | | CHASE BANK | TRANSFER OF FUNDS FROM TDA ACCOUNT | 9999-000 | 200,161.38 | | 254,319.31 |
| 02/25/08 | | ACCOUNT FUNDED: ********0920 | | 9999-000 | | 200,000.00 | 54,319.31 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 22.40 | | 54,341.71 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 24.40 | | 54,366.11 |
| 04/08/08 | | ACCOUNT FUNDED: ********0921 | | 9999-000 | | 51,000.00 | 3,366.11 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 4.52 | | 3,370.63 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.43 | | 3,371.06 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.42 | | 3,371.48 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.42 | | 3,371.90 |
| 08/26/08 | | From Account #********0920 | Adjust Principal via CD Rollover | 9999-000 | 79,266.44 | | 82,638.34 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 3.39 | | 82,641.73 |
| 09/02/08 | | To Account #********0968 | TRANSFER FUNDS TO PAY INTERIM COMPENSATION PER ORDERS OF 8/29/08 | 9999-000 | | 35,038.02 | 47,603.71 |
| 09/24/08 | 1001 | LEIBOWITZ LAW CENTER | PAYMENT OF COMPENSATION & EXPENSES | | | 38,377.56 | 9,226.15 |
| | | | FEES                 38,330.00 | 3210-600 | | | 9,226.15 |
| | | | EXPENSES                47.56 | 3220-610 | | | 9,226.15 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 12.15 | | 9,238.30 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.00 | | 9,239.30 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.75 | | 9,240.05 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.64 | | 9,240.69 |
| 01/09/09 | {9} | STATE BANK OF COUNTRYSIDE | SETTLEMENT WITH STATE BANK | 1249-000 | 185,000.00 | | 194,240.69 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.97 | | 194,246.66 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 22.29 | | 194,268.95 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 25.48 | | 194,294.43 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 23.89 | | 194,318.32 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 23.10 | | 194,341.42 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 25.49 | | 194,366.91 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 24.70 | | 194,391.61 |
| 08/04/09 | 1002 | IRON MOUNTAIN | STORAGE FEES/JULY 2007-APRIL 2009 | 2410-000 | | 2,988.08 | 191,403.53 |
| 08/26/09 | 1003 | IRON MOUNTAIN | STORAGE FEES/INVOICE DATE 5/31/09 | 2410-000 | | 125.00 | 191,278.53 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 24.40 | | 191,302.93 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 23.53 | | 191,326.46 |

Subtotals :          $518,855.12          $327,528.66

{} Asset reference(s)                Printed: 10/29/2009 09:28 AM    V.11.53

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 10

**Case Number:** 07-05364-JS  
**Case Name:** PRECISE CASTINGS, INC.  
**Taxpayer ID #:** 36-2587893  
**Period Ending:** 10/29/09  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****09-67 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 518,855.12 | 327,528.66 | $191,326.46 |
| | | | Less: Bank Transfers | | 333,585.75 | 286,038.02 | |
| | | | **Subtotal** | | 185,269.37 | 41,490.64 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$185,269.37** | **$41,490.64** | |

{} Asset reference(s)

Exhibit B

## FORM 2
## Cash Receipts And Disbursements Record

Page: 11

| Case Number: | 07-05364-JS | | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|---|
| Case Name: | PRECISE CASTINGS, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*09-68 - Checking Account |
| Taxpayer ID #: | 36-2587893 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/29/09 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/13/08 | | From Account #\*\*\*\*\*\*\*\*0966 | TRANSFER FUNDS TO CLOSE ACCOUNT | 9999-000 | 488.63 | | 488.63 |
| 09/02/08 | | From Account #\*\*\*\*\*\*\*\*0967 | TRANSFER FUNDS TO PAY INTERIM COMPENSATION PER ORDERS OF 8/29/08 | 9999-000 | 35,038.02 | | 35,526.65 |
| 09/02/08 | 101 | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | INTERIM FEES AND EXPENSES PER ORDER OF 8/29/08 | | | 20,214.86 | 15,311.79 |
| | | | FEES  19,605.00 | 3110-000 | | | 15,311.79 |
| | | | EXPENSES  609.86 | 3120-000 | | | 15,311.79 |
| 09/02/08 | 102 | DAVID E. GROCHOCINSKI | INTERIM FEES AND EXPENSES PER ORDER OF 8/29/08 | | | 14,823.16 | 488.63 |
| | | | COMPENSATION  14,784.21 | 2100-000 | | | 488.63 |
| | | | EXPENSES  38.95 | 2100-000 | | | 488.63 |
| 02/05/09 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2008 FOR CASE #07B-05364, BOND#016026455 | 2300-000 | | 151.70 | 336.93 |
| 09/25/09 | | From Account #\*\*\*\*\*\*\*\*0920 | Close CD via CD Rollover | 9999-000 | 122,535.57 | | 122,872.50 |
| 10/06/09 | | From Account #\*\*\*\*\*\*\*\*0921 | Close CD via CD Rollover | 9999-000 | 51,426.49 | | 174,298.99 |
| | | | ACCOUNT TOTALS | | 209,488.71 | 35,189.72 | $174,298.99 |
| | | | Less: Bank Transfers | | 209,488.71 | 0.00 | |
| | | | Subtotal | | 0.00 | 35,189.72 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $35,189.72 | |

Net Receipts : 672,989.99

Net Estate : $672,989.99

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| CD # \*\*\*-\*\*\*\*\*09-19 | 161.38 | 0.00 | 0.00 |
| CD # \*\*\*-\*\*\*\*\*09-20 | 1,802.01 | 0.00 | 0.00 |
| CD # \*\*\*-\*\*\*\*\*09-21 | 426.49 | 0.00 | 0.00 |
| MMA # \*\*\*-\*\*\*\*\*09-65 | 485,330.74 | 228,699.63 | 0.00 |
| Checking # \*\*\*-\*\*\*\*\*09-66 | 0.00 | 1,984.55 | 0.00 |
| MMA # \*\*\*-\*\*\*\*\*09-67 | 185,269.37 | 41,490.64 | 191,326.46 |
| Checking # \*\*\*-\*\*\*\*\*09-68 | 0.00 | 35,189.72 | 174,298.99 |
| | $672,989.99 | $307,364.54 | $365,625.45 |

{} Asset reference(s)

Printed: 10/29/2009 09:28 AM  V.11.53

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-05364-JS
Case Name: PRECISE CASTINGS, INC.
Trustee Name: DAVID GROCHOCINSKI, TRUSTEE

Claims of secured creditors will be paid as follows:

*Claimant*                                                             *Proposed Payment*
                     N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | DAVID GROCHOCINSKI, TRUSTEE | $ 22,114.33 | $ |
| *Attorney for trustee* | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | $ 11,207.50 | $ 331.28 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | $ 17,120.00 | $ |
| *Special Attorney for trustee* | LAKE LAW | $ | $ 61.34 |
| *Charges,* | U.S. Bankruptcy Court | $ 250.00 | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | CIVF 1 - IL1W02, LLC | $ | $ 56,823.09 |
| *Special Attorney for trustee* | LAKE LAW | $ 12,374.48 | $ |
| *Other* | MET-AL, INC. | $ | $ 21,298.00 |

**UST Form 101-7-TFR (9/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $12,673.01 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | JP MORGAN CHASE | $ 2,500.00 | $ 2,500.00 |
| _____ | ILLINOIS DEPARTMENT OF REVENUE | $ 300.00 | $ 300.00 |
| _____ | JP MORGAN CHASE | $ 145.00 | $ 145.00 |
| _____ | JP MORGAN CHASE | $ 620.00 | $ 620.00 |
| _____ | JP MORGAN CHASE | $ 145.00 | $ 145.00 |
| _____ | UNITED STATES TREASURY | $ 80.00 | $ 80.00 |
| _____ | JP MORGAN CHASE | $ 620.00 | $ 620.00 |
| _____ | ILLINOIS DIRECTOR OF EMPLOYMENT SECURITIES | $ 310.00 | $ 310.00 |
| 030 | JOSEPH DYER | $ 6,435.00 | $ 6,435.00 |
| 041 | DEP OF THE TREASURY IRS | $ 1,518.01 | $ 1,518.01 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (9/1/2009)**

Timely claims of general (unsecured) creditors totaling $ 2,329,045.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.1 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 001 | STAFFING NETWORK HOLDINGS, LLC | $ 31,778.25 | $ 2,884.03 |
| 002 | MET-AL INC. | $ 782,649.64 | $ 71,029.33 |
| 003 | ATLAS STAFFING, INC. | $ 11,020.10 | $ 1,000.13 |
| 004 | ACE ANODIZING & INPREGNATING INC | $ 17,816.89 | $ 1,616.97 |
| 005 | FEDEX CUSTOMER INFORMATION SVC AS ASSIGNEE OF FEDEX EXPRESS | $ 858.46 | $ 77.91 |
| 006 | CS PACKAGING INC. | $ 15,859.24 | $ 1,439.30 |
| 007 | AMERICAN MOLTEN METALS SUPPLY COMPANY | $ 815.50 | $ 74.01 |
| 008 | SOLAR DEBURRING, INC. | $ 2,137.45 | $ 193.98 |
| 009 | H.B. ROUSE & COMPANY | $ 156.69 | $ 14.22 |
| 010 | ILLINOIS COFFEE SERVICE INC. | $ 260.53 | $ 23.64 |
| 011 | BENZ OIL | $ 16,618.63 | $ 1,508.22 |
| 012 | CHICAGO BLASTING & DEBURRING | $ 3,120.91 | $ 283.24 |
| 013 | RANDALL PRESSURE SYSTEMS, INC. | $ 497.11 | $ 45.12 |
| 014 | HARDINGE INC. | $ 1,398.13 | $ 126.89 |
| 015 | T H MARKETING INC. | $ 222.01 | $ 20.15 |
| 016 | AMCAST INC. | $ 5,473.60 | $ 496.76 |
| 017 | J&S CHEMICAL CORPORATIONS | $ 4,449.60 | $ 403.82 |
| 018 | J&L INDUSTRIAL SUPPLY AN MSC COMPANY | $ 7,611.52 | $ 690.78 |
| 019 | CAMPAT MACHINE TOOL, INC. | $ 191.68 | $ 17.40 |

**UST Form 101-7-TFR (9/1/2009)**

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 020 | SAFETY-KLEEN SYSTEMS INC. | $ 1,601.10 | $ 145.31 |
| 021 | ILLINOIS MERCHANCIAL SALES INC. | $ 1,005.00 | $ 91.21 |
| 022 | CHRISTY REFRACTORIES COMPANY LLC | $ 503.43 | $ 45.69 |
| 023 | KB DUPLICATING INC. | $ 59,776.68 | $ 5,425.03 |
| 024 | AVANA ELECTROTEK | $ 1,740.77 | $ 157.98 |
| 026 | TOOLING SOLUTIONS, INC. | $ 583.92 | $ 52.99 |
| 027 | AIRGAS NORTH CENTRAL | $ 23,295.49 | $ 2,114.18 |
| 028 | NEWARK IN ONE | $ 457.42 | $ 41.51 |
| 029 | CONSOLIDATED SCRAP RESOURCES INC. | $ 40,702.91 | $ 3,693.99 |
| 030 | JOSEPH DYER | $ 150,000.00 | $ 13,613.24 |
| 031 | NORTHERN IRON & MACHINE | $ 1,574.23 | $ 142.87 |
| 032 | MECHANICAL COMPONENT SALES, INC. | $ 235,248.85 | $ 21,350.00 |
| 033 | CIVF 1 - IL1W02, LLC | $ 520,529.05 | $ 47,240.59 |
| 034U | STATE BANK OF COUNTRYSIDE | $ 375,000.00 | $ 34,033.11 |
| 035 | UNITED EXPRESS SYSTEMS, INC. | $ 14,090.92 | $ 1,278.82 |

Tardily filed claims of general (unsecured) creditors totaling $ 83,296.85 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant                         Allowed Amt. of Claim   Proposed Payment*

**UST Form 101-7-TFR (9/1/2009)**

| Claim | Claimant | Allowed | Paid |
|---|---|---|---|
| 036 | LIBRA INDUSTRIES, INC. | $ 4,046.31 | $ 0.00 |
| 037 | WESSELS & PAUTSCH PC | $ 15,781.99 | $ 0.00 |
| 039 | HB PERFORMANCE SYSTEMS, INC. | $ 60,198.55 | $ 0.00 |
| 040 | SUKOWICZ DOORNEWEERD MCCOMAS & CO | $ 3,270.00 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                             Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**