**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: PRECISE CASTINGS, INC. § <br> § <br> § <br> Debtor(s) § | Case No. 07-05364-JS |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>DAVID GROCHOCINSKI, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   Clerk of U.S. Bankruptcy Court
   219 S. Dearborn Street
   Chicago, IL  60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within  20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00 on 12/04/2009 in Courtroom 4016, United States Courthouse,
DuPage County Courthouse
505 N. County Farm Road
DuPage, IL  60187.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.


   Date Mailed: <u> 10/29/2009          </u>   By:  <u> /s/DAVID GROCHOCINSKI, TRUSTEE     </u>
                                                          Trustee

   DAVID GROCHOCINSKI, TRUSTEE
   1900 RAVINIA PLACE
   ORLAND PARK, IL  60462

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: PRECISE CASTINGS, INC.      §   Case No. 07-05364-JS
                                   §
                                   §
                                   §
Debtor(s)                          §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 672,989.99 |
| *and approved disbursements of* | $ 307,364.54 |
| *leaving a balance on hand of* [1] | $ 365,625.45 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                   *Proposed Payment*
                         N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | DAVID GROCHOCINSKI, TRUSTEE | $ 22,114.33 | $ |
| Attorney for trustee | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | $ 11,207.50 | $ 331.28 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | $ 17,120.00 | $ |
| Special Attorney for trustee | LAKE LAW | $ | $ 61.34 |
| Charges, | U.S. Bankruptcy Court | $ 250.00 | $ |
| Fees, | United States Trustee | $ | $ |
| Other | CIVF 1 - IL1W02, LLC | $ | $ 56,823.09 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Special Attorney for trustee* | LAKE LAW | $ 12,374.48 | $ |
| *Other* | MET-AL, INC. | $ | $ 21,298.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor* | | $ | $ |
| *Attorney for* | | $ | $ |
| *Accountant for* | | $ | $ |
| *Appraiser for* | | $ | $ |
| *Other* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $12,673.01 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | JP MORGAN CHASE | $ 2,500.00 | $ 2,500.00 |
| | ILLINOIS DEPARTMENT OF REVENUE | $ 300.00 | $ 300.00 |
| | JP MORGAN CHASE | $ 145.00 | $ 145.00 |
| | JP MORGAN CHASE | $ 620.00 | $ 620.00 |
| | JP MORGAN CHASE | $ 145.00 | $ 145.00 |
| | UNITED STATES TREASURY | $ 80.00 | $ 80.00 |
| | JP MORGAN CHASE | $ 620.00 | $ 620.00 |
| | ILLINOIS DIRECTOR OF EMPLOYMENT SECURITIES | $ 310.00 | $ 310.00 |
| 030 | JOSEPH DYER | $ 6,435.00 | $ 6,435.00 |
| 041 | DEP OF THE TREASURY IRS | $ 1,518.01 | $ 1,518.01 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (9/1/2009)**

Timely claims of general (unsecured) creditors totaling $ 2,329,045.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.1 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 001 | STAFFING NETWORK HOLDINGS, LLC | $ 31,778.25 | $ 2,884.03 |
| 002 | MET-AL INC. | $ 782,649.64 | $ 71,029.33 |
| 003 | ATLAS STAFFING, INC. | $ 11,020.10 | $ 1,000.13 |
| 004 | ACE ANODIZING & INPREGNATING INC | $ 17,816.89 | $ 1,616.97 |
| 005 | FEDEX CUSTOMER INFORMATION SVC AS ASSIGNEE OF FEDEX EXPRESS | $ 858.46 | $ 77.91 |
| 006 | CS PACKAGING INC. | $ 15,859.24 | $ 1,439.30 |
| 007 | AMERICAN MOLTEN METALS SUPPLY COMPANY | $ 815.50 | $ 74.01 |
| 008 | SOLAR DEBURRING, INC. | $ 2,137.45 | $ 193.98 |
| 009 | H.B. ROUSE & COMPANY | $ 156.69 | $ 14.22 |
| 010 | ILLINOIS COFFEE SERVICE INC. | $ 260.53 | $ 23.64 |
| 011 | BENZ OIL | $ 16,618.63 | $ 1,508.22 |
| 012 | CHICAGO BLASTING & DEBURRING | $ 3,120.91 | $ 283.24 |
| 013 | RANDALL PRESSURE SYSTEMS, INC. | $ 497.11 | $ 45.12 |
| 014 | HARDINGE INC. | $ 1,398.13 | $ 126.89 |
| 015 | T H MARKETING INC. | $ 222.01 | $ 20.15 |
| 016 | AMCAST INC. | $ 5,473.60 | $ 496.76 |
| 017 | J&S CHEMICAL CORPORATIONS | $ 4,449.60 | $ 403.82 |
| 018 | J&L INDUSTRIAL SUPPLY AN MSC COMPANY | $ 7,611.52 | $ 690.78 |
| | CAMPAT MACHINE TOOL, | | |

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 019 | INC. | $ 191.68 | $ 17.40 |
| 020 | SAFETY-KLEEN SYSTEMS INC. | $ 1,601.10 | $ 145.31 |
| 021 | ILLINOIS MECHANCIAL SALES INC. | $ 1,005.00 | $ 91.21 |
| 022 | CHRISTY REFRACTORIES COMPANY LLC | $ 503.43 | $ 45.69 |
| 023 | KB DUPLICATING INC. | $ 59,776.68 | $ 5,425.03 |
| 024 | AVANA ELECTROTEK | $ 1,740.77 | $ 157.98 |
| 026 | TOOLING SOLUTIONS, INC. | $ 583.92 | $ 52.99 |
| 027 | AIRGAS NORTH CENTRAL | $ 23,295.49 | $ 2,114.18 |
| 028 | NEWARK IN ONE | $ 457.42 | $ 41.51 |
| 029 | CONSOLIDATED SCRAP RESOURCES INC. | $ 40,702.91 | $ 3,693.99 |
| 030 | JOSEPH DYER | $ 150,000.00 | $ 13,613.24 |
| 031 | NORTHERN IRON & MACHINE | $ 1,574.23 | $ 142.87 |
| 032 | MECHANICAL COMPONENT SALES, INC. | $ 235,248.85 | $ 21,350.00 |
| 033 | CIVF 1 - IL1W02, LLC | $ 520,529.05 | $ 47,240.59 |
| 034U | STATE BANK OF COUNTRYSIDE | $ 375,000.00 | $ 34,033.11 |
| 035 | UNITED EXPRESS SYSTEMS, INC. | $ 14,090.92 | $ 1,278.82 |

Tardily filed claims of general (unsecured) creditors totaling $ 83,296.85 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant                          Allowed Amt. of Claim   Proposed Payment*

**UST Form 101-7-NFR (9/1/2009)**

| 036 | LIBRA INDUSTRIES, INC. | $ 4,046.31 | $ 0.00 |
|---|---|---|---|
| 037 | WESSELS & PAUTSCH PC | $ 15,781.99 | $ 0.00 |
| 039 | HB PERFORMANCE SYSTEMS, INC. | $ 60,198.55 | $ 0.00 |
| 040 | SUKOWICZ DOORNEWEERD MCCOMAS & CO | $ 3,270.00 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                        Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By:   /s/DAVID GROCHOCINSKI, TRUSTEE
                Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**