**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: PRECISE CASTINGS, INC. | § Case No. 07-05364-JS |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

 Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>DAVID GROCHOCINSKI, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

 The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

 Clerk of U.S. Bankruptcy Court
 219 S. Dearborn Street
 Chicago, IL  60604

 Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00 on 12/04/2009 in Courtroom 4016, United States Courthouse,
DuPage County Courthouse
505 N. County Farm Road
DuPage, IL  60187.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  <u>10/29/2009</u>  By:  <u>/s/DAVID GROCHOCINSKI, TRUSTEE</u>
                  Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: PRECISE CASTINGS, INC. | § | Case No. 07-05364-JS |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 672,989.99 |
| *and approved disbursements of* | $ 307,364.54 |
| *leaving a balance on hand of* [1] | $ 365,625.45 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | DAVID GROCHOCINSKI, TRUSTEE | $ 22,114.33 | $ |
| Attorney for trustee | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | $ 11,207.50 | $ 331.28 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | $ 17,120.00 | $ |
| Special Attorney for trustee | LAKE LAW | $ | $ 61.34 |
| Charges, | U.S. Bankruptcy Court | $ 250.00 | $ |
| Fees, | United States Trustee | $ | $ |
| Other | CIVF 1 - IL1W02, LLC | $ | $ 56,823.09 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Special Attorney for* *trustee* | LAKE LAW | $ 12,374.48 | $ |
| *Other* | MET-AL, INC. | $ | $ 21,298.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor* | | $ | $ |
| *Attorney for* | | $ | $ |
| *Accountant for* | | $ | $ |
| *Appraiser for* | | $ | $ |
| *Other* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $12,673.01 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | JP MORGAN CHASE | $ 2,500.00 | $ 2,500.00 |
| | ILLINOIS DEPARTMENT OF REVENUE | $ 300.00 | $ 300.00 |
| | JP MORGAN CHASE | $ 145.00 | $ 145.00 |
| | JP MORGAN CHASE | $ 620.00 | $ 620.00 |
| | JP MORGAN CHASE | $ 145.00 | $ 145.00 |
| | UNITED STATES TREASURY | $ 80.00 | $ 80.00 |
| | JP MORGAN CHASE | $ 620.00 | $ 620.00 |
| | ILLINOIS DIRECTOR OF EMPLOYMENT SECURITIES | $ 310.00 | $ 310.00 |
| 030 | JOSEPH DYER | $ 6,435.00 | $ 6,435.00 |
| 041 | DEP OF THE TREASURY IRS | $ 1,518.01 | $ 1,518.01 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (9/1/2009)**

Timely claims of general (unsecured) creditors totaling $ 2,329,045.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.1 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 001 | STAFFING NETWORK HOLDINGS, LLC | $ 31,778.25 | $ 2,884.03 |
| 002 | MET-AL INC. | $ 782,649.64 | $ 71,029.33 |
| 003 | ATLAS STAFFING, INC. | $ 11,020.10 | $ 1,000.13 |
| 004 | ACE ANODIZING & INPREGNATING INC | $ 17,816.89 | $ 1,616.97 |
| 005 | FEDEX CUSTOMER INFORMATION SVC AS ASSIGNEE OF FEDEX EXPRESS | $ 858.46 | $ 77.91 |
| 006 | CS PACKAGING INC. | $ 15,859.24 | $ 1,439.30 |
| 007 | AMERICAN MOLTEN METALS SUPPLY COMPANY | $ 815.50 | $ 74.01 |
| 008 | SOLAR DEBURRING, INC. | $ 2,137.45 | $ 193.98 |
| 009 | H.B. ROUSE & COMPANY | $ 156.69 | $ 14.22 |
| 010 | ILLINOIS COFFEE SERVICE INC. | $ 260.53 | $ 23.64 |
| 011 | BENZ OIL | $ 16,618.63 | $ 1,508.22 |
| 012 | CHICAGO BLASTING & DEBURRING | $ 3,120.91 | $ 283.24 |
| 013 | RANDALL PRESSURE SYSTEMS, INC. | $ 497.11 | $ 45.12 |
| 014 | HARDINGE INC. | $ 1,398.13 | $ 126.89 |
| 015 | T H MARKETING INC. | $ 222.01 | $ 20.15 |
| 016 | AMCAST INC. | $ 5,473.60 | $ 496.76 |
| 017 | J&S CHEMICAL CORPORATIONS | $ 4,449.60 | $ 403.82 |
| 018 | J&L INDUSTRIAL SUPPLY AN MSC COMPANY | $ 7,611.52 | $ 690.78 |
| | CAMPAT MACHINE TOOL, | | |

**UST Form 101-7-NFR (9/1/2009)**

| Claim # | Claimant | Allowed Amt. | Proposed Payment |
|---|---|---|---|
| 019 | INC. | $ 191.68 | $ 17.40 |
| 020 | SAFETY-KLEEN SYSTEMS INC. | $ 1,601.10 | $ 145.31 |
| 021 | ILLINOIS MECHANCIAL SALES INC. | $ 1,005.00 | $ 91.21 |
| 022 | CHRISTY REFRACTORIES COMPANY LLC | $ 503.43 | $ 45.69 |
| 023 | KB DUPLICATING INC. | $ 59,776.68 | $ 5,425.03 |
| 024 | AVANA ELECTROTEK | $ 1,740.77 | $ 157.98 |
| 026 | TOOLING SOLUTIONS, INC. | $ 583.92 | $ 52.99 |
| 027 | AIRGAS NORTH CENTRAL | $ 23,295.49 | $ 2,114.18 |
| 028 | NEWARK IN ONE | $ 457.42 | $ 41.51 |
| 029 | CONSOLIDATED SCRAP RESOURCES INC. | $ 40,702.91 | $ 3,693.99 |
| 030 | JOSEPH DYER | $ 150,000.00 | $ 13,613.24 |
| 031 | NORTHERN IRON & MACHINE | $ 1,574.23 | $ 142.87 |
| 032 | MECHANICAL COMPONENT SALES, INC. | $ 235,248.85 | $ 21,350.00 |
| 033 | CIVF 1 - IL1W02, LLC | $ 520,529.05 | $ 47,240.59 |
| 034U | STATE BANK OF COUNTRYSIDE | $ 375,000.00 | $ 34,033.11 |
| 035 | UNITED EXPRESS SYSTEMS, INC. | $ 14,090.92 | $ 1,278.82 |

Tardily filed claims of general (unsecured) creditors totaling $ 83,296.85 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                        Allowed Amt. of Claim    Proposed Payment*

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 036 | LIBRA INDUSTRIES, INC. | $ 4,046.31 | $ 0.00 |
| 037 | WESSELS & PAUTSCH PC | $ 15,781.99 | $ 0.00 |
| 039 | HB PERFORMANCE SYSTEMS, INC. | $ 60,198.55 | $ 0.00 |
| 040 | SUKOWICZ DOORNEWEERD MCCOMAS & CO | $ 3,270.00 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                          Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By:  /s/DAVID GROCHOCINSKI, TRUSTEE
Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: rmarola                Page 1 of 2                   Date Rcvd: Oct 30, 2009
Case: 07-05364                 Form ID: pdf006              Total Noticed: 101


The following entities were noticed by first class mail on Nov 01, 2009.
db          +Precise Castings, Inc.,    3575 Stern Avenue,    St. Charles, IL 60174-5407
aty         +Arthur W Rummler,    Law Offices of Arthur W. Rummler,    799 Roosevelt Road,
              Building 2, Suite 104,    Glen Ellyn, IL 60137-5908
aty         +David E Grochocinski,    Grochocinski & Grochocinski,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
aty         +Thomas E. Laughlin,    Attorney Thomas E. Laughlin,    6833 Stalter Dr.,    Rockford, IL 61108-2579
tr          +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
11367693     ADT Security Systems,    P.O. Box 371967,    Pittsburgh, PA 15250-7967
11367698    +AMCO Industries,    625 District Drive,    Itasca, IL 60143-1352
11367702     AT&T,    P.O. Box 9001309,    Louisville, KY 40290-1309
11367692    +Ace Anodizing & Impregnating,    4161 Butterfield Rd.,    Hillside, IL 60162-1185
11387316    +Ace Anodizing & Inpregnating Inc,     PO Box 639,    Hillside IL 60162-0639
11367694    +Airgas North Central,    P.O. Box 2395,    Waterloo, IA 50704-2395
11367695    +Allied Waste Services,    1330 Gasket Drive,    Elgin, IL 60120-7543
11367696    +Alloyweld Inspection Co. Inc.,     796 Maple Lane,    Bensenville, IL 60106-1585
11367697    +Amcast Inc.,    350 Meyer Road,    Bensenville, IL 60106-1615
11367699    +American Metal Chemical Corporation,     3546 South Morgan St.,    Chicago, IL 60609-1524
11367700    +American Molten Metals Supply Company,     6201 - 22nd Avenue,    Kenosha, WI 53143-4347
11367701    +Andrews Express Service,    4673 Rolling Hills Drive,    Lake In The Hills, IL 60156-5524
11367703    +Atlas Staffing - Aurora,    P.O. Box 931974,    Cleveland, OH 44193-0004
11367653    +Atlas Staffing Inc,    Samuel G Harrod IV,    Meltzer Purtill & Stelle LLC,
              1515 E Woodfield Rd 2nd Floor,    Schaumburg IL 60173-5431
11367704     Avana Electrotek,    P.O. Box 644,    Elk Grove Village, IL  60009-0644
11367705    +Benz Oil,    2724 West Hampton Ave.,    Milwaukee, WI 53209-5460
11630293    +CIVF I - IL1W02, LLC,    c/o Carl N Kunz III Esq,    500 Delaware Avenue Suite 1500,    PO Box 2306,
              Wilmington DE 19899-2306
11367716    +CIVF1-IL1W02,LLC,    P.O. Box 956978,    St. Louis, MO 63195-6978
11367717    +CS Packaging Inc,    Steven Potts Maxwell & Potts LLC,    105 W Adams St #3200,
              Chicago IL 60603-6209
11367706    +Cal-Miser Aluminium Systems, Inc.,     P.O. Box 4494,    Davenport, IA 52808-4494
11367707    +Campat Machine Tool, Inc.,    1401 Summit Avenue, Suite 1,    Plano, TX 75074-8177
11367708    +Certanium Alloys & Research,    5203 Paysphere Circle,    Chicago, IL 60674-0052
11367709    +Chem-Trend Limited Partnership,     1445 W. McPherson Park Dr.,    Howell, MI 48843-3999
11367710     Chemtool Inc.,    P.O. Box 538,    Crystal Lake, IL 60039-0538
11367711    +Chicago Blasting & Deburring,    2550 American Lane,    Elk Grove Village, IL 60007-6206
11367712    +Chicago Suburban Express Inc.,     5504 W. 47th Street,    Forestview, IL 60638-1809
11367713    +Christy Refractories Company LLC,     4641 McRee Avenue,    St. Louis, MO 63110-2272
11367714    +Cintas Corporation,    P.O. Box 7759,    Romeoville, IL 60446-0759
11367715    +City Supply Company,    1528 S. Chesterfield Drive,    Arlington Heights, IL 60005-3729
11590886     Consolidated Scrap Resources Inc,     Solomon & Leadley,    320 East Indian Trail,
              Aurora IL 60505-1760
11367718    +D-M-E Company,    29111 Stephenson Highway,    Madison Heights, MI 48071-2330
11367719     Davies Supply Company,    6601 West Grand Avenue,    Chicago, IL  60707-2298
11367720     Det Norske Veritas,    DNV Certification Inc.,    P.O. Box 201898,    Houston, TX  77216-1898
11367721     E-Jay Thermo Products, Inc.,    09471 Blue Star Highway,    South Haven, MI  49090
11367722     Englewood Electric Supply Co.,     P.O. Box 802578,    Chicago, IL  60680-2578
11418530    +FedEx Customer Information Service,     as assignee of FedEx Express/FedEx Groun,
              attn:Revenue Recovery/Bankruptcy,     2005 Corporate Avenue 2nd Floor,    Memphis TN 38132-1702
11367723     Federal Express,    P.O. Box 94515,    Palatine, IL  60094-4515
11367724    +Fredriksen Fire Equipment Co.,     760 Thomas Drive,    Bensenville, IL 60106-1625
11367725    +G.W. Smith & Sons, Inc.,    1700 Spaulding Rd.,    Dayton, OH 45432-3728
11367726    +Grane Transportation,    1011 S. Laramie Ave,    Chicago, IL 60644-5506
11367727     H.B. Rouse & Company,    1101 W. Diggins St.,    Harvard, IL  60033-2374
11734547    +HB Performance Systems Inc,    c/o Whyte Hirschboeck Dudek SC,    Attn: Patrick B Howell,
              555 East Wells St #1900,    Milwaukee WI 53202-3819
11367728     Hardinge Inc.,    Box 1212,    Elmira, NY  14902-1212
11367729    +Horizon Distributors, Inc.,    1890 Chrysler Drive,    Belvidere, IL 61008-6027
11367730    +IGC Technologies LLC,    4039 West Green Tree Road,    Milwaukee, WI 53209-3034
11862040    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-IRS,    Internal Revenue Service,
              Centralized Insolvency Operations,    PO Box 21126,    Philadelphia Pa 19114)
11367731    +Illinois Coffee Service, Inc.,     1163 N. Ellsworth,    Villa Park, IL 60181-1040
11367732    +Illinois Mechanical Sales, Inc.,     2627 North Western Avenue,    Chicago, IL 60647-6623
11493126    +Illinois Merchanical Sales Inc,     Bruce K Shapiro,    555 N Skokie Blvd Ste 500,
              Northbrook, IL 60062-2845
11367733    +Intermark Transport, Inc.,    P.O. Box 6898,    Libertyville, IL 60048-6898
11367734    +J & L Industrial Supply,    P.O. Box 3359,    Livonia, MI 48151
11367735    +J & S Chemical,    170 North Industrial Way,    Canton, GA 30115-8217
11481007    +J & S Chemical Corporations,    c/o Coface North America, Inc.,    PO Box 2102,
              Cranbury, NJ 08512-0952
11487257    +J&L Industrial Supply,    an MSC Company,    75 Maxess Road,    Melville NY 11747-3151
13501147    +Joseph Dyer,    c/o Attorney Thomas E. Laughlin,    6833 Stalter Drive - Suite 204,
              Rockford, IL 61108-2582
11367736    +Joseph Dyer,    4323 Canterbury Court,    St Charles IL 60174-8789
11367737    +K.B. Duplicating Inc,    30 W. 260 Butterfield Rd.,    Unit 213-214,    Warrenville, IL 60555-1554
11500235    +KB Duplicating, Inc.,    c/o Keay & Costello, P.C.,    128 South County Farm Road,
              Wheaton, Illinois 60187-2400
11367738     Keller-Heartt Company, Inc.,    4411 South Tripp Avenue,    Chicago, IL  60632-4320
11367739    +Larson Express,    5400 Newport Dr., Suite 12,    Rolling Meadows, IL 60008-3721
11367740    +Libra Industries, Inc.,    1823 W. Webster Ave.,    Chicago, IL 60614-2915
```

```
District/off: 0752-1          User: rmarola                Page 2 of 2                  Date Rcvd: Oct 30, 2009
Case: 07-05364                Form ID: pdf006              Total Noticed: 101

11367741     +Mapcon Technologies Inc.,     8665 Harbach Blvd., Suite B,     Clive, IA 50325-5447
11367742      McMaster-Carr Supply Co.,     P.O. Box 7690,    Chicago, IL 60680-7690
11622128      Mechanical Component Sales Inc,     Mr Charles A Cardella President,    561 North Wolf Road,
               Wheeling IL 60090-3027
11359948      Met-Al Inc.,    C/o Wyant Law Offices SC,     510 College Ave,    PO Box 1303,   Racine WI 53401-1303
11367744     +Met-Al, Inc.,    1340-23rd Street,    Racine, WI 53403
11367745      Metal Mechanics,    3093 Hager Road,    Schoolcraft, MI 49087-0447
11367746      Mustang Pallets,    P.O. Box 1501,    Addison, IL 60101-8501
11367747     +Newark InOne,    4801 N. Ravenswood Ave.,    Chicago, IL 60640-4457
11367748      North American Manufacturing Co.,     4455 E. 71st Street,    Cleveland, OH 44105-5600
11367749     +Northern Iron & Machine,    867 Forest Street,     St. Paul, MN 55106-3866
11367750     +Paragon Technologies, Inc.,     5775 Ten Mile Road,    Warren, MI 48091-1590
11367751      Pitney Bowes - Global Financial Services,     P.O. Box 856460,    Louisville, KY 40285-6460
11367752      Pitney Bowes - Purchase Power,     P.O. Box 856042,    Louisville, KY 40285-6042
11367753     +Randall Pressure Systems, Inc.,     1100 Commerce Drive,    Geneva, IL 60134-2484
11367691     +Ritz & Laughlin Ltd PC,    728 North Court Street,     Rockford, IL 61103-6922
11367754     +Safety-Kleen Systems Inc    5400 Legacy Drive,    Cluster II Building 3,    Plano TX 75024-3105
11367755     +Solar Deburring, Inc.,    9134 Medill Avenue,    Franklin Park, IL 60131-3419
11391660     +Staffing Network Holdings LLC,     c/o Barbara Young Esq/Caren C Lederer Es,    Golan & Christie LLP,
               70 West Madison #1500,    Chicago IL 60602-4265
11339202     +Staffing Network Holdings, LLC,     c/o Barbara L. Yong, Esq.,    Golan & Christie LLP,
               70 W. Madison, Ste. 1500,    Chicago, IL 60602-4265
11367756      Staffing Network LLC,    3347 Eagle Way,    Chicago, IL 60678-1033
11367757     +State Bank Of Countryside,    Burke & White PC,     5330 Main Street Suite 200,
               Downers Grove IL 60515-4845
11367758     +Steiner Electric Company,    3755 Swenson Avenue,     St. Charles, IL 60174-3495
11789116     +Sukowicz Doorneweerd, McComas & Co,     105 S York St #410,    Elmhurst, IL 60126-3444
11367759     +T H Marketing, Inc.,    548 S. Brewster Avenue,     Lombard, IL 60148-2410
11367760      Tooling & Manufacturing Association,     1177 S. Dee Road,    Park Ridge, IL 60068-4396
11367761     +Tooling Solutions, Inc.,    1295 Jarvis AVenue,     Elk Grove Village, IL 60007-2300
11367762     +U.S. Chrome Corp. Of Illinois,     305 Herbert Road,    Herbert, IL 60145-7008
11367765      USF Holland,    750 East 40th St.,    P.O. Box 9021,    Holland, MI 49422-9021
11367763      United Express Systems,    P.O. Box 1628,    Aurora, IL 60507-1628
11634719     +United Express Systems Inc,     c/o Timothy M McLean,    2100 Manchester Road,   Suite 1750,
               Wheaton IL 60187-4579
11367764      United Parcel Service,    P.O. Box 650580,    Dallas, TX 75265-0580
11367766      Visi-Trak,    8400 Sweet Valley Dr., #406,    Valley View, OH 44125-4244
11725323     +Wessels & Pautsch PC,    2035 Foxfield Drive,    St Charles IL 60174-5748
11367767      Xerox Corporation,    P.O. Box 802567,    Chicago, IL 60680-2567
The following entities were noticed by electronic transmission.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11367690*     Precise Castings Inc,    3575 Stern Avenue,    St. Charles, IL 60174-5407
                                                                                                 TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 01, 2009**               **Signature:**   *Joseph Speetjens*